**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8118**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES GORMLEY,

                              Defendant - Appellant,

        and

PAINE WEBBER, INCORPORATED,

                              Garnishee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (CR-98-152)

———————

Submitted:  July 29, 2002          Decided:  September 18, 2002

———————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Gormley, Appellant Pro Se.  Gary L. Call, Assistant United
States Attorney, Philip Henry Wright, OFFICE OF THE UNITED STATES
ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Gormley appeals the district court's order of continuing garnishment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Gormley</u>, (S.D.W. Va. Nov. 28, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] On appeal, Gormley seeks to raise for the first time a claim under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). As this claim was not presented to the district court, and is not relevant to the garnishment issue, we decline to address it. Gormley may seek to raise the issue in another context before the district court.